Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_Middle_ District of _Florida_

_Orlando_ Division

Case No. _____
(to be filled in by the Clerk's Office)

Nicholas Ashford Hutchins

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Florida ~ Dept. of Corrections

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

PROVIDED TO CHARLOTTE CORRECTIONAL INSTITUTION ON 7/24/23 FOR MAILING BY _____

2023 JUL 28 PM 3:12 FILED
CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: NICHOLAS ASHFORD HUTCHINS
All other names by which you have been known: N/A
ID Number: 196199
Current Institution: CHARLOTTE CORRECTIONAL INSTI.
Address: 33123 OIL WELL ROAD
PUNTA GORDA    FL.    33955
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: UNKNOWN
Job or Title *(if known)*: CORRECTION (K9 UNIT) OFFICER
Shield Number: UNKNOWN
Employer: TOMOKA CORRECTION INSTITUTION
Address: 3950 TIGER BAY ROAD
DAYTONA BEACH    FL    32124
City    State    Zip Code
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name: UNKNOWN
Job or Title *(if known)*: CORRECTION OFFICER (WARDEN)
Shield Number: UNKNOWN
Employer: TOMOKA CORRECTION INSTITUTION
Address: 3950 TIGER BAY ROAD
DAYTONA BEACH    FL    32124
City    State    Zip Code
☐ Individual capacity    ☑ Official capacity

Page 2 of 11

Defendant No. 3
Name: RICKY DIXON
Job or Title (if known): SECRETARY OF THE FLORIDA DOC
Shield Number: UNKNOWN
Employer: FLORIDA DEPT. OF CORRECTION
Address: 33123 OIL WELL ROAD
PUNTA GORDA FL 33955
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH & 14TH AMENDMENT, FAILURE OF DUE PROCESS &

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    THE FOLLOWING STAFF(S) ACTED/VIOLATED "UN-

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

    TOMOKA CORRECTION INSTITUTION, ON 4/2/2021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 2, 2021, BETWEEN THE HOURS OF 10-10:30 A

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

① DURING A DORMINTORY SEARCH DOWD G, 1, w/

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

△ SUSTAINED INJURY WAS AN VICIOUS BITE ON

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM SEEKING FOR THIS HONORABLE COURT TO

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Tomoka Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

FAC (33-208.002) No Employee shall commit -

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Suwannee C.I., Jackson C.I. & Charlotte C.I.

2. What did you claim in your grievance?

   Assault by (K9 Dog), Staff Assault.

3. What was the result, if any?

   Suwannee - No Process
   Jackson C.I. - No Process
   Charlotte C.I. - Denial on all Grievance

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I filed an appeal to Tallahassee, who

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

AT FIRST, I FILED AT TOMOKA C.I., THEN I WAS TRANSFERED AND OTHER INSTITUTIONS DENIED MY ACCESS TO THE GRIEVANCE BOX.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I DID $ CONTINUE TO FILE - BUT I WAS DENIED

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

EXHAUSTION OF MY REMEDIES ARE INCLUDED

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) NICHOLAS A. HUTCHINS

   Defendant(s) JONATHAN L. SLOAN

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NORTHERN DISTRICT

3. Docket or index number

   3:19 CV 445 MAF

4. Name of Judge assigned to your case

   MILES DAVIS

5. Approximate date of filing lawsuit

   FEBRUARY 25, 2019

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition   FEBRUARY, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   $3,000.00 SETTLEMENT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/23/2023

Signature of Plaintiff: Nicholas Ashford Hutchins
Printed Name of Plaintiff: Nicholas Ashford Hutchins
Prison Identification #: A-196199
Prison Address: Charlotte C.I. / 33123 Oil Well Road, Punta Gorda, FL 33955

### B. For Attorneys

Date of signing: —

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

II. BASIS FOR JURISDICTION
B.
CRUEL AND UNUSUAL PUNISHMENT.

IV. STATEMENT OF CLAIM
D.
OTHER I/M's, WAS STANDING OUTSIDE OF THE DORMITORY, WHEN THE SECURITY K9 STAFFS, RELEASED A BROWN & TANE K9 GERMIN SHEPARD OFF OF ITS CHAIN AND ALLOWED IT TO RUN WILD AMONGST ALL I/M's.
(2). ONCE THIS K9 DOG FINALLY APPROACHED ME, IT ROUNDED ME IN A FULL CIRCLE (ONCE), THEN ONCE BACK IN FRONT OF ME.
(3) IT STUCK ITS FACE INTO MY GENITAL AREA, AND w/o SOUND OR WARNING, NOR REASONING, LOWERED IT'S EARS AND VICIOUSLY BIT ME ON MY PENIS (SHAKING IN A AGGRESSIVE FIT).
(4) AFTER ABOUT 5-6 SECONDS OF THIS ASSUALT BY A (K9 DOG), THE K9 STAFF(S) FINALLY PULLED THE DOG OFF OF ME, & RUSHED ME (NOT TO MEDICAL), BUT, INSTEAD, INTO THE BACK OF (K-DORMITORY).
(5) ONCE IN THE BACK OF THE DORM, I WAS MADE TO ONCE MORE STRIP DOWN TO NAKEDNESS, AND INSTEAD OF FINDING (CONTRIBAND), IT WAS DISCOVERED BY (2) K9 STAFF(S), THAT MY BOXERS AND LOWER BODY WAS FULL OF BLOOD, AND MY PENIS WAS RELEASING BLOOD FROM AN PUNCTURE WOUND GOING ACROSS

(1)

Cont. of: Statement of Claim.

The top of my penis.

(6) At this time, no contriband was found on me.

(7) Then I requested to be seen immediately by medical, which was refused by these (2) K9 staff(s).

(8) Instead, I was threating told by a K9 staff, "You are not getting no fucking medical help, you will shut the fuck up and forget that this shit happened."

(9) In fear of my life, and my well being, I did as I was told, only later on that day, to be saw, by an passing Captain who saw my bloody boxers and inquired what had happened to me.

(10) I explained that I was assaulted by a (K9 FDOC Dog), and, threaten by staff(s) to keep quite.

(11) This (unknown Captain), then ordered me (some 13 hours later) to be taking to medical for treatment, where it was noted that, I was indeed, attacked and bitten by an (FDOC K9 Dog).

(12) Other I/M's, and the video surveillence cameras located on the security gun tower, witnessed this assault occur.

(2)

## V. INJURIES

ON MY PENIS CAUSING AN LIFE LONG ON-GOING PAIN IN THE GROWING AREA, MAL-FUNCTIONING & ABNORMALTY IN THE USAGE OF URINATING, CAUSING ON-GOING BURNING SENSATIONS.
ASSESSMENT BY MEDICAL, PUT IN FOR A DOCTOR REVIEW, DOCUMENTED OF ALL INJURIES AND PAINS.

## VI. RELIEF

GIVE ORDER FOR THIS, FLORIDA DEPARTMENT OF CORRECTION, TO FULLY ACKNOW-LEDGE THIS ASSAULT AND BE AWARE THAT I AM SEEKING $350,000 FOR MY PUNITIVE DAMAGE/INJURY, FOR THE ACTIONS OF MALICIOUS DOG ATTACK AND CRUEL AND UNUSUAL PUNISHMENT.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

C.
CRUEL AND UNSUAL PUNISHMENT, NOR ASSAULT BY STAFF(S) AT NO TIME.

E4.
DENIED ANY ACTION.
YES, GRIEVANCE PROCESS IS COMPLETED.

(3)