UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHOLAS ASHFORD HUTCHINS,

    Plaintiff,

v.                              Case No. 6:23-cv-1443-PGB-LHP

CORRECTION OFFICER, WARDEN,
TOMOKA CORRECTIONAL
INSTITUTION and SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on review of the case file. On August 18, 2023, the Court ordered Plaintiff to either pay the filing fee or file a completed Prisoner Consent Form and Financial Certificate within twenty-one days. (Doc. 3). Plaintiff was cautioned that his failure to timely comply with the Order, or to explain noncompliance, may result in the dismissal of this action without further notice. (Doc. 3 at 2). The order, along with the required form, was mailed to Plaintiff's address of record and was not returned undeliverable. Nonetheless, Plaintiff has not timely complied, moved for an extension of time, or explained his failure to comply.

Accordingly, due to Plaintiff's lack of prosecution in this matter, it is **ORDERED** that the Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk is directed to terminate any pending motion and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party